UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 98-3562-RSWL | Date | August 24, 2009 |
|---|---|---|---|
| Title | Outdoor Media Grp In v. Riverside County of, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior United States District Court Judge |
|---|---|

| Joseph Remigio, Relief | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On August 18, 1998, the Court ordered the parties to file a joint status report every 90 days [18]. The last Joint Status Report was filed on January 6, 2000 [23].

IT IS HEREBY ORDERED that counsel show cause in writing not later than **September 14, 2009** why this action should not be dismissed for failure to file a Joint Status Report as previously ordered by the Court.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of the proper response. The Court will consider as a satisfactory response the filing of the following, on or before the date shown above:

☒    Joint Status Report

FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS PROPOSED HEREIN.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | JRE |